832

In the Matter of MILADIN DOBRIC, Appellant, v PARK LEN NORTH OWNER, INC., et al., Respondents.

Submitted January 17, 2012; decided May 1, 2012

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 921 (2011)].

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted April 2, 2012; decided May 1, 2012

Motion for leave to appeal granted. Motion for a stay granted.

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent

Submitted April 16, 2012; decided May 1, 2012

Motion by the Nassau County Bar Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and 19 copies filed within 30 days.

In the Matter of PETER J. GALASSO (Admitted as PETER JOHN GALASSO), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted April 9, 2012; decided May 1, 2012

Motion by the Matrimonial Bar Association of Suffolk County for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.